UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Michael Marold | ) | |
| | ) | |
| v. | ) | C.A. 16-10--M |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of the Social Security Administration | ) | |

ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on October 7, 2016 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). The Plaintiff's Motion to Reverse, Remand or Modify the decision of the Commissioner is GRANTED and the Defendant's Motion to Affirm the decision of the Commissioner is DENIED. Final Judgment shall enter for the plaintiff remanding this matter to the Commissioner for further administrative proceedings.

BY ORDER:

/s/ John J. McConnell, Jr.
John J. McConnell, Jr.
United States District Judge
October 25, 2015